# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-2456
LT Case No. 2013-CF-067242-A

———————————————

JONATHAN TYLER PRIVE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 Appeal from the Circuit Court for Brevard County.
Stephen G. Henderson, Judge.

Rachael E. Reese and Olivia M. Nathan, of O'Brien Hatfield
Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M.
Williams and Richard A. Pallas, Jr., Assistant Attorneys
General, Daytona Beach, for Appellee.

October 24, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____